UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 3:09-CR-49 |
| v. | ) | Judge Phillips/Shirley |
| PAO C. LIU, | ) | |
| Defendant. | ) | |

## AGREED PRELIMINARY ORDER OF FORFEITURE

On April 7, 2009, an Indictment was filed in the above-referenced case charging the Defendant, PAO C. LIU, with, in Count Two, conspiracy to encourage and induce certain aliens to come to, enter and reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry and residence would be and was a violation of the law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(i).

In the Forfeiture Allegations of the Indictment in the above-styled case, the United States sought forfeiture of the interest of the Defendant, PAO C. LIU, pursuant to Title 18, United States Code, Section 982(a)(6), in any property used or intended to be used to commit the offenses, as alleged in the Indictment including but not limited to the real property located at 8111 Gleason Drive, Knoxville, Tennessee.

On November 10, 2009, the Defendant, PAO C. LIU, pled guilty to Count Two of the Indictment, and agreed to forfeit her interest in the above-described property, pursuant to Title 18, United States Code, Section 982(a)(6), as incorporated by Title 21, United States Code, Section 853.

The Court accepted the guilty plea of the Defendant, PAO C. LIU, on November 10, 2009, and by virtue of the guilty plea and conviction, the Court has determined that the property identified above is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(6). The United States has established the requisite nexus between the property and the offense. Further, the United States is now entitled to seize the property, pursuant to Title 18, United States Code, Section 982(a)(6), as incorporated by Title 21, United States Code, Section 853.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

1. That based upon the plea of guilty by the Defendant, PAO C. LIU, to violations of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(i), the United States is hereby authorized to seize the following property, and the same is hereby forfeited to the United States for disposition in accordance with law, pursuant to the provisions of Title 18, United States Code, Section 982(a)(6), as incorporated by Title 21, United States Code, Section 853, including but not limited to the real property located at 8111 Gleason Drive, Knoxville, Tennessee.

2. That the forfeited property is to be held by the Bureau of Immigration and Customs Enforcement in its secure custody and control.

3. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the Secretary of the Department of Homeland Security may direct. Any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within sixty (60) days from

2

the first day of publication of this Notice on the official United States Government internet website, which is www.forfeiture.gov.

4. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought pursuant to Title 18, United States Code, Section 982(a)(6), as incorporated by Title 21, United States Code, Section 853(n).

5. Upon adjudication of all other or third-party interests in the property, this Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Section 982(a)(6), as incorporated by Title 21, United States Code, Section 853, in which all interests will be addressed.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to the Federal Rules of Criminal Procedure 32.2(e).

7. The Clerk of this Court shall provide a certified copy of this Order to the United States Attorney's Office.

ENTER:

*Thomas W. Phillips*

THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted by:

JAMES R. DEDRICK
United States Attorney

By: *D. Gregory Weddle*

D. GREGORY WEDDLE
Assistant United States Attorney

*Pao C. Liu*

PAO C. LIU
Defendant

*Michael A. Graves*

MICHAEL A. GRAVES
Attorney for Defendant PAO C. LIU

4